IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC GREENE, a/k/a JARMAINE Q. TRICE,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN A. PALAKOVICH, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 04-5200 |

## ORDER

**AND NOW**, this 26th day of August 2016, upon consideration of Petitioner's Amended Motion for Relief under 60(b) (Doc. No. 47), Respondents' Response to the Motion (Doc. No. 58), Petitioner's Reply Brief in Support of the Motion (Doc. No. 61), the arguments made at a hearing on the Amended Motion on February 18, 2016 (Doc. No. 66), Respondents' Post-Argument Supplemental Response (Doc. No. 70), Petitioner's Reply to Respondents' Post-Argument Response (Doc. No. 71), Petitioner's Notice of Supplemental Authority (Doc. No. 77), and the joint Stipulation in Lieu of Evidentiary Hearing (Doc. No. 79), and for reasons stated in the Opinion issued by the Court on this day, it is **ORDERED** as follows:

1. Plaintiff's Amended Motion for Relief under 60(b) (Doc. No. 47) is **DENIED**.

2. A Certificate of Appealability **SHALL** issue in this case.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.